**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01319-CV

---

**DANA AND CHRISTOPHER SHEARIN, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

---

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01581-2014**

---

## ORDER

We **GRANT** court reporter Claudia Webb's March 19, 2015 third request for extension

of time and **ORDER** the reporter's record be filed no later than March 30, 2015.


/s/    CRAIG STODDART
        JUSTICE